JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONATALORD LLC, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 21-5216-GW-AFMx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 25, 2021<br>Trial Date:　Not on Calendar |

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Sonatalord LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  September 20, 2021

*George H. Wu*
Hon. George H. Wu
United States District Judge